**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 15-20916 |
| Kevin Gene Bay | Chapter 13 |
| Debtor. | Chief Judge Tracey N. Wise |

**AGREED ORDER VACATING ORDER GRANTING RELIEF FROM STAY, doc. 64**
**401 W MILLER ROAD, ALEXANDRIA, KY 41001**

This matter having come before the Court upon the Order Granting Relief from Stay, doc. 64, filed herein by the secured creditor, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-25 ("Movant") in regard to property known as a 401 W MILLER ROAD, ALEXANDRIA, KY 41001, and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The parties acknowledge that The Chapter 13 plan filed herein on behalf of Kevin Gene Bay ("Debtor") provided that said Debtor was to make regular monthly payments to Movant outside of the Plan on a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly payments to Movant.

3. In order to cure the arrearages, Debtor has paid the total arrearage amount of $6,269.54.

4. Debtor shall tender all ongoing future payments directly to Movant in the amount of $1,066.99 beginning with the November 2018 payment.

5. The following constitutes a Default under the terms of this Order: (1) failure to tender ongoing regular monthly payments so that the payment is not received by the date upon which it is contractually due.

6. In the event of a Default, the Creditor shall send a letter to the Debtor and Debtor's attorney with notice of the Default and a 10-day opportunity to cure the Default. If the Debtors fail to timely cure the Default, Creditor shall file an affidavit of Default, and upon the filing of the affidavit the automatic stay shall be terminated without further notice or hearing, and the Court may enter an order granting relief from the automatic stay. The Debtors are limited to three notices of Default. After the third notice of Default, the Creditor may file an affidavit of Default without notice to the Debtors.

7. The parties further agree that the Order Sustaining Motion for Relief form Automatic Stay, doc. 64, is hereby Vacated.

**IT IS SO ORDERED.**

Agreed Upon and Submitted by:


   /s/ D. Anthony Sottile
D. Anthony Sottile (92251)
Attorney for Movant
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone:  513.444.4100
bankruptcy@sottileandbarile.com

  /s/ Eric A Steiden
Eric A Steiden
Steiden Law Offices
411 Madison Avenue
Covington, KY 41011
Phone: 270-443-4431
esteiden@steidenlaw.com
(per e-mail authorization received 11/15/2018)

  /s/ Beverly M. Burden
Beverly M. Burden
PO Box 2204
Lexington, KY 40588
Phone: 859.233.1527
agreedorders@ch13edky.com
Chapter 13 Trustee
(per e-mail authorization received 11/19/2018)

Copies to:

Eric A Steiden
Steiden Law Offices
411 Madison Avenue
Covington, KY 41011
esteiden@steidenlaw.com
Debtors' Counsel

Beverly M. Burden
PO Box 2204
Lexington, KY 40588
Notices@Ch13EDKY.com
Chapter 13 Trustee

U.S. Trustee
100 E Vine St #500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

Kevin Gene Bay
401 West Miller Road
Alexandria, KY 41001

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, November 21, 2018**
**(tnw)**