## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

IN RE:  Kevin Gene Bay                        Case Number:  15-20916
         Debtor

## NOTICE OF FINAL CURE PAYMENT

The Chapter 13 Trustee gives notice pursuant to Rule 3002.1(f) that the trustee has paid in full the amount required to cure the PREPETITION default and any postpetition default provided for in the plan as set forth in the creditor's proof of claim:

| Creditor Name | Account # | Court Claim # | Claim Amount | Amount Paid |
|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON TRUST CO NA<br>% SPECIALIZED LOAN SERVICING LLC<br>P O BOX 636007<br>LITTLETON, CO 80163 | 8433 | 2-1 | $13,972.60 | $13,972.60 |

If the debtor contends that the final cure payments have been made other than as noted above, the debtor, by counsel, may file and serve the Notice required by Rule 3002.1(f).

The trustee further gives notice that pursuant to Rule 3002.1(g), within 21 days after service of this Notice, the creditor shall file and serve on the debtor, debtor's counsel, and the trustee a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).  The statement shall itemize the required cure or postpetition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the creditor's proof of claim and is not subject to Rule 3001(f).

CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the was mailed on 8/20/2019 to the persons indicated either by mail or electronically.

/s/   Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527

Kevin Gene Bay
401 West Miller Road
Alexandria, KY  41001

STEIDEN, ERIC A
Served Electronically Via ECF

THE BANK OF NEW YORK MELLON
TRUST CO NA
% SPECIALIZED LOAN SERVICING LLC
P O BOX 636007
LITTLETON, CO 80163

SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD
STE 300
HIGHLANDS RANCH, CO 80129